```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 17339
   MARIA L DELUNA
   JOSE L PENA                                  CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-7892    SSN XXX-XX-4132

----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 12/29/06 .

   2.   The case was converted to Chapter 7 without confirmation, 08/01/2007.

   3.   The Debtor paid a total of $   2208.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | .00 | .00 | 1946.56 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMC MORTGAGE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CBA COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HINCKLEY SPRINGS | UNSECURED | NOT FILED | .00 | .00 |
| HISPANIC YELLOW PAGES | UNSECURED | NOT FILED | .00 | .00 |
| IMPERIAL REALTY | UNSECURED | NOT FILED | .00 | .00 |
| LAURA LEES BRIDAL EXPRES | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NORTHERN ILL COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

```
                           SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
```
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1946.56 | .00 | .00 | .00 | 1946.56 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1946.56 | .00 | .00 | .00 | 1946.56 |

The Debtor's attorney, GARY N FOLEY                 , was allowed $     .00
and was paid $       .00 .

The Trustee received $      77.44 .

Refunds to the Debtor totaled $    184.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/16/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO.  06 B 17339 MARIA L DELUNA & JOSE L PENA